No. 76–6282. JOHNSON v. CRANE ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5606. ACKER v. TEXAS. Appeal from County Ct. at Law No. 2, Travis County. Judgment reversed. *Gooding* v. *Wilson,* 405 U. S. 518, 525 (1972). THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST dissent.

No. A–787. JUZENAS v. CITY OF SOUTHFIELD. Application for stay of execution and enforcement of judgment of the 46th District Court of Michigan, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–801. RICHMOND v. ARIZONA. Application for stay of execution and enforcement of sentence of death imposed upon applicant by the Superior Court for the State of Arizona, in and for the County of Pima, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted pending timely filing and disposition of a petition for writ of certiorari in this Court.

No. D–99. IN RE DISBARMENT OF COOK. It is ordered that G. Bradford Cook, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–1605. NIXON v. ADMINISTRATOR OF GENERAL SERVICES ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 429 U. S. 976.] Motion of Public Affairs Associates, Inc., for leave to file a brief as *amicus curiae* denied.

No. 75–1721. UNITED STATES v. CHADWICK ET AL. C. A. 1st Cir. [Certiorari granted, 429 U. S. 814.] Motion of respondents for divided argument denied.